1  Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
2  RANDAZZA LEGAL GROUP, PLLC
3  2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
4  Telephone: 702-420-2001
ecf@randazza.com
5
Attorneys for Plaintiff
6  *Free Speech Systems, LLC*

7

8                IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION

10  | **FREE SPEECH SYSTEMS, LLC**, | Case No. 3:19-cv-00711-WHO |
11  | a Texas limited liability company | |
    | | **NOTICE OF CHANGE OF COUNSEL** |
12  | Plaintiff, | |
13  | | |
    | vs. | Hon. William H. Orrick |
14  | | |
15  | **PETER MENZEL**, an individual, | |
16  | Defendant. | |

17

18      **PLEASE TAKE NOTICE THAT** that Marc J. Randazza and Alex J. Shepard of

19  Randazza Legal Group, PLLC hereby withdraw as attorneys of record for Plaintiff

20  Free Speech Systems, LLC in this action.  Counsel of record for Plaintiff otherwise

21  remain the same.

22      Dated: June 12, 2019.        Respectfully Submitted,

23                                    RANDAZZA LEGAL GROUP, PLLC

24                                    /s/ Marc J. Randazza

25                                    Marc J. Randazza, CA Bar No. 269535
                                     Alex J. Shepard, CA Bar No. 295058
26                                    2764 Lake Sahara Drive, Suite 109
                                     Las Vegas, Nevada 89117
27

Case No. 3:19-cv-00711-WHO

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza