# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Free Speech Systems LLC,<br><br>            Plaintiff(s),<br><br>      v.<br><br>Menzel,<br><br>            Defendant(s). | 19-00711 WHO ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> Michael A. Jacobs
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA 94104
> 415-268-7455
> MJacobs@mofo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE.

Counsel are reminded that the written ENE statements required by ADR L.R. 5-8 shall NOT be filed with the court.

Dated: July 8, 2019

                                      SUSAN Y. SOONG
                                      Clerk
                                      by:    Alice M. Fiel

                                      _____/s/_____
                                      ADR Case Administrator
                                      415-522-3148
                                      Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California