1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE SPEECH SYSTEMS, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PETER MENZEL, an individual,<br><br>Defendant. | Case No.: 19-cv-00711-WHO<br>*Hon. William H. Orrick Presiding*<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE** |
| PETER MENZEL, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>FREE SPEECH SYSTEMS, LLC, individually and doing business as "InfoWars.com a Texas limited liability company; and DOES 1-10,<br><br>Counterdefendants. | |

ORDER

For good cause shown and based upon the stipulation of the parties, the Court hereby orders the schedule of dates in this action set forth in the June 12, 2019 Civil Minute Order be modified as follows:

The deadline to conduct an Early Neutral Evaluation Session is continued from September 30, 2019 to October 28, 2019.

**IT IS SO ORDERED.**

DATED: September 18, 2019

HON. WILLIAM H. ORRICK
United States District Judge