Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Defendant-Counterclaimant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREE SPEECH SYSTEMS, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PETER MENZEL, an individual,<br><br>Defendant. | Case No.: 19-cv-00711-WHO<br>*Hon. William H. Orrick Presiding*<br><br>**UNOPPOSED REQUEST TO CONTINUE DEADLINE TO RE-OPEN** |
| PETER MENZEL, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>FREE SPEECH SYSTEMS, LLC, individually and doing business as "InfoWars.com a Texas limited liability company; and DOES 1-10,<br><br>Counterdefendants. | |

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Peter Menzel, respectfully requests that the Court continue the deadline to re-open this action by 30 days.

The Court issued an Order of Dismissal Upon Settlement (Dkt. No 45) on November 15, 2019 dismissing this action with prejudice and allowing either party to re-open the action by notice within sixty days of that date (i.e. by January 14, 2020).

On or around December 6, 2019, Plaintiff-Counterdefendant, Free Speech Systems, LLC ("FSS") secured new counsel to review and finalize the settlement agreement reached in this action. Menzel's counsel was advised of this change by FSS itself as well as its prior counsel of record and newly retained counsel. FSS's new counsel has sought to keep FSS's continuing costs down by avoiding making a formal appearance in this matter given the settlement agreement reached between the parties.

With the assistance of FSS's new counsel, the parties have very recently finalized the longform document memorializing their agreement. The parties are currently in the process of executing the finalized agreement, and payment under the agreement is to be delivered on or before February 7, 2020.

While neither party wishes to re-open this action, and both parties expect the final agreement to be executed and settlement payment to be delivered in the coming weeks, in order to ensure that settlement payment has been received before Mr. Menzel's opportunity to re-open this action by notice lapses, Mr. Menzel respectfully requests that the deadline to re-open this action be continued by 30 days – from January 14, 2020 to February 13, 2020.

///

1  Counsel for FSS has confirmed that FSS will not oppose this request.

2

3                                                 Respectfully submitted,

4 DATED: January 13, 2020     By:    */s/ Justin M. Gomes*
5                                                 Scott Alan Burroughs, Esq.
                                                Justin M. Gomes, Esq.
6                                                 DONIGER / BURROUGHS
                                                Attorneys for Defendant and
7                                                 Counterclaimant Peter Menzel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE SPEECH SYSTEMS, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PETER MENZEL, an individual,<br><br>Defendant. | Case No.: 19-cv-00711-WHO<br>*Hon. William H. Orrick Presiding*<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO CONTINUE DEADLINE TO RE-OPEN** |
| PETER MENZEL, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>FREE SPEECH SYSTEMS, LLC, individually and doing business as "InfoWars.com a Texas limited liability company; and DOES 1-10,<br><br>Counterdefendants. | |

1  ORDER:

2  For good cause shown, the Court hereby orders the deadline to re-open this action be
3  continued to February 13, 2020.

5  **IT IS SO ORDERED.**

7  DATED:  January 14, 2020          By:  _____

8  HON. WILLIAM H. ORRICK
   United States District Judge

2
Order